IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**PATTY TAYLOR**                                                                                **PLAINTIFF**

VS.                         **CASE NO. 3:10CV00202 HDY**

**MICHAEL J. ASTRUE, Commissioner,**
    **Social Security Administration**                                   **DEFENDANT**

**JUDGMENT**

It is CONSIDERED, ORDERED, and ADJUDGED that this case be and it hereby is dismissed with prejudice. The relief sought is denied.

DATED this  15  day of April, 2011.

_____
UNITED STATES MAGISTRATE JUDGE